App. Div.]               First Department, March, 1914.

Deceased. Application of Joseph Wamsley, an Attorney, Appellant, for an Order or Decree Determining and Enforcing His Lien for Professional Services Rendered Eleanor C. Feeley, as Administratrix de Bonis Non of Said Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Giuseppe Adrogna and Dominick Fusaro, Appellants. (2 cases.) — Orders affirmed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Ida von Claussen, Relator, v. John J. Hanley, Warden of the Tombs, Respondent. Anna K. Daniel, Appellant.— Motion to dismiss appeal granted unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Andrew Troiano and Others v. Charles E. Egan and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Horace G. Allen, as Executor, etc., v. Neal D. Becker, Impleaded, etc. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Guiseppe Cuccio v. Nassau Electric Railroad Company.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Sigmund Fox v. Henry E. Fox.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Louis Becker v. Hyman Levin.— Application denied, with ten dollars costs. Order signed. Motion for stay denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Guiseppe Lotito v. Connecticut Cab Company.— Application denied, with ten dollars costs. Order signed. Motion for stay denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Michael Schwer and Others v. William L. Cohn and Others.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Leo C. Dessar, as Executor, etc., v. Charles S. Hirsch and Others, as Executors, etc.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Annie Baum, as Administratrix, v. Mutual Life Insurance Company. (2 cases.) — Applications denied upon the ground that the motions were not made within two months after the determination of the Appellate Term, as required by rule 10 of the rules of this court.* Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

---

* App. Div. Rules, 1st Dept. rule 10. — [REP.